| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>William N. Lobel (CA Bar No. 93202)<br>wlobel@tocounsel.com<br>Jeffrey H. Reeves (CA Bar No. 156648)<br>jreeves@tocounsel.com<br>Theodora Oringher PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Defendant Mohamed Hadid | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** *LOS ANGELES* **DIVISION**

| In re:<br><br>COLDWATER DEVELOPMENT, LLC,<br>LYDDA LUD, LLC,<br><br>                                            Debtor(s). | CASE NO.: 2:21-bk-10335-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:22-ap-01120-BB |
|---|---|
| GIVE BACK, LLC, a California limited liability company,<br><br>                                            Plaintiff(s),<br>vs.<br>SAM S. LESLIE, solely in his capacity as chapter 7 trustee for the estates of debtors COLDWATER DEVELOPMENT, LLC and LYDDA LUD, LLC; MOHAMED HADID, an individual; and PACIFIC GREEN VISTA, LLC, a Nevada limited liability company,<br><br>                                            Defendant(s). | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): **STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT** |

PLEASE TAKE NOTE that the order or judgment titled ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT was lodged on (*date*) June 17, 2022 and is attached. This order relates to the motion which is docket number 6.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                            Page 1                                            **F 9021-1.2.ADV.NOTICE.LODGMENT**

 **Adversary LODGED ORDER UPLOAD FORM**

Friday, June 17, 2022

CONFIRMATION :

Your Lodged Order Info:
( **11220218.docx** )
  A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Give Back, LLC, a California limited liability com v. Sam S. Leslie, solely in his capacity as Chapter 7
- **Case Number**:  22-01120
- **Judge Initial**:  BB
- **Case Type**:  ap ( Adversary )
- **Document Number**:  6
- **On Date**:  06/17/2022 @ 09:22 AM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| | |
|---|---|
| 1 | Daniel A. Lev (CA Bar No. 129622) |
| | dlev@sulmeyerlaw.com |
| 2 | SulmeyerKupetz |
| | A Professional Corporation |
| 3 | 333 South Grand Avenue, Suite 3400 |
| | Los Angeles, California 90071-1406 |
| 4 | Telephone: (213) 626-2311 |
| 5 | Ronald Richards (CA Bar No. 176246) |
| | ron@ronaldrichards.com |
| 6 | Law Offices of Ronald Richards & Associates, APC |
| | P.O. Box 11480 |
| 7 | Beverly Hills, California 90213 |
| | Telephone: (310) 556-1001 |
| 8 | |
| | Attorneys for Plaintiff Give Back, LLC |
| 9 | |
| | William N. Lobel (CA Bar No. 93202) |
| 10 | wlobel@tocounsel.com |
| | Jeffrey H. Reeves (CA Bar No. 156648) |
| 11 | jreeves@tocounsel.com |
| | Theodora Oringher PC |
| 12 | 535 Anton Boulevard, Ninth Floor |
| | Costa Mesa, California 92626-7109 |
| 13 | Telephone: (714) 549-6200 |
| 14 | Attorneys for Defendant Mohamed Hadid |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>COLDWATER DEVELOPMENT LLC,<br><br>    Debtors and Debtors-in-Possession.<br><br>In re<br><br>LYDDA LUD, LLC,<br><br>    Debtors and Debtors-in-Possession.<br><br>[X]    Affects Both Debtors.<br>[ ]    Affects Coldwater Development LLC Only.<br>[ ]    Affects Lydda Lud, LLC Only | Lead Case No. 2:21-bk-10335-BB<br>Chapter 7<br><br>Jointly Administered With:<br>Case No. 2:21-bk-10336-BB<br><br>Adv. No. 2:22-ap-01120-BB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT**<br><br>DATE:<br>TIME:    [No Hearing Required]<br>PLACE: |

1

*ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT*

|   |   |
|---|---|
| GIVE BACK LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>SAM S. LESLIE, solely in his capacity as chapter 7 trustee for the estates of the debtors Coldwater Development, LLC and Lydda Lud, LLC; MOHAMED HADID, an individual; and PACIFIC GREEN VISTA, LLC, a Nevada limited liability company,<br><br>        Defendants. |   |

Plaintiff Give Back, LLC and Defendant Mohamed Hadid's Stipulation to Extend Time to Respond to Adversary Complaint (Dkt. 6) is hereby **GRANTED**, and the Court now orders as follows:

    1.    The Stipulation is **GRANTED**.

    2.    It is hereby **ORDERED** that Mr. Hadid's deadline to file and serve an answer or otherwise respond to Plaintiff Give Back, LLC's Complaint for Declaratory Relief is extended by eleven (11) days to and including July 18, 2022.

IT IS SO ORDERED.

###

2
*ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 17, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Daniel A. Lev   dlev@sulmeyerlaw.com
Ronald N. Richards   ron@ronaldrichards.com
Sam S. Leslie (TR)   sleslie@trusteeleslie.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) June 17, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached Service List

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 17, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2022 | Samantha J. Schuster | */s/ Samantha J. Schuster* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# SERVICE VIA U.S. MAIL

Defendant, Sam S. Leslie, Chapter 7 Trustee

Sam S. Leslie
Chapter 7 Trustee
1130 S. Flower Street, Suite 312
Los Angeles, CA 90015

Attorneys for Defendant, Sam S. Leslie, Chapter 7 Trustee

David Seror, Esq.
Jessica L. Bagdanov, Esq.
BG Law LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Defendant, Pacific Green Vista, LLC

Cogency Global, Inc.
Attn: Andrew Lundgren, Agent for Service of Process
321 W. Winnie Lane, #104
Carson City, NV 89703

1256035.1/81894.05002